# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

| | |
|---|---|
| KRISTINE NIMMER, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br>vs.<br><br>LIFE LINE BILLING SYSTEMS, LLC, d/b/a LIFEQUEST SERVICES,<br><br>        Defendant. | Case No.: 16-cv-47<br><br>**NOTICE OF DISMISSAL**<br><br><br>Hon. J.P. Stadtmueller |

Plaintiff Kristine Nimmer, by counsel, Ademi & O'Reilly, LLP, by counsel, Ademi & O'Reilly LLP, hereby gives notice pursuant to Rule 41 of the Federal Rules of Civil Procedure that this action is dismissed without prejudice and without costs to any party. No class has been certified in this case, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply. Further, the defendant has not served an answer or motion for summary judgment, and therefore, dismissal does not require a court order, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated this 25th day of February 2016.    By:    s/ John D. Blythin
                                                                      John D. Blythin (SBN: 1046105)
                                                                        ADEMI & O'REILLY, LLP
                                                                        3620 East Layton Avenue
                                                                        Cudahy, WI 53110
                                                                        jblythn@ademilaw.com
                                                                        tel (414) 482-8000
                                                                        fax (414) 482-8001